```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :    SEALED INFORMATION
                                :
          - v. -                :    21 Cr. 803
                                :
ANGEL AYALA,                    :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - X
```

## COUNT ONE

**(Conspiracy to Commit Mail Fraud)**

The United States Attorney charges:

1. From at least in or about 2010 up to and including at least in or about 2017, in the Southern District of New York and elsewhere, ANGEL AYALA, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit mail fraud, in violation of Title 18, United States Code, Section 1341.

2. It was a part and object of the conspiracy that ANGEL AYALA, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, would and did place in a post office

and authorized depository for mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and would and did take and receive there from, such matters and things, and would and did cause to be delivered by mail and such carriers according to the directions thereon, and at the places at which they were directed to be delivered by the person to whom they were addressed, such matters and things, in violation of Title 18, United States Code, Section 1341, to wit, AYALA and others agreed to deceive a healthcare claims processing company into sending them money under false pretenses.

(Title 18, United States Code, Section 1349.)

## COUNT TWO

### (Mail Fraud)

The United States Attorney further charges:

3. From at least in or about 2010 up to and including at least in or about 2017, in the Southern District of New York and elsewhere, ANGEL AYALA, the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, did place in a post office and authorized depository for

mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and receive there from, such matters and things, and did cause to be delivered by mail and such carriers according to the directions thereon, and at the places at which they were directed to be delivered by the person to whom they were addressed, such matters and things, to wit, AYALA obtained money from a healthcare claims processing company by means of false pretenses.

(Title 18, United States Code, Sections 1341 and 2.)

## FORFEITURE ALLEGATIONS

4.   As a result of committing the offenses alleged in Counts One and Two of this Information, ANGEL AYALA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Asset Provision

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

3

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

           (Title 18, United States Code, Section 981;
           Title 21, United States Code, Section 853; and
           Title 28, United States Code, Section 2461.)

*[signature: Damian Williams]*
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**ANGEL AYALA,**

   Defendant.

**INFORMATION**

21 Cr.

(18 U.S.C. §§ 1341, 1349 and 2.)

DAMIAN WILLIAMS
United States Attorney