# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

May 17, 2022

BY ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. Mr. Ayala may travel as requested but must keep Pretrial apprised of the particulars. But Mr. Ayala might want, in considering his expenditures, to factor in the likelihood that he will face a substantial restitution obligation.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 5/17/22

Re:   *United States v. Angel Ayala*, 21 Cr. 803

Dear Judge Seibel,

    This letter is respectfully submitted to request the Court issue an order permitting Mr. Ayala to travel to Ohio from June 19, 2022, to June 25, 2022, in order to attend his daughter's dance competition. Her team has qualified for the Showstoppers Northern Finals. Mr. Ayala would travel by car with his family to Ohio. The competition will take place at Kalahari Resorts, 7000 Kalahari Drive Sandusky, Ohio, 44870. Mr. Ayala would stay with his family at Kalahari Resorts.

    United States Probation Officer Kylie Fucci consents to Mr. Ayala's request for permission to travel. Assistant United States Attorney Stephanie Simon has no objection to the instant request.

    Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Kylie Fucci
U.S. Probation Officer

James Lightenberg
Stephanie Simon
Assistant United States Attorneys

Angel Ayala