# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 17, 2022

BY ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Application granted.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

11/18/22

Re:   *United States v. Angel Ayala*, 21 Cr. 803 (CS)

Dear Judge Seibel,

    This letter is respectfully submitted to request the Court issue an order permitting Mr. Ayala to travel to California from December 4, 2022, to December 9, 2022, to attend his son's soccer showcase. Pretrial Services and the Government have been provided with the details and address at which Mr. Ayala and his son would stay.

    United States Probation Officer Kylie Fucci and Assistant United States Attorney Stephanie Simon have no objection to the instant request.

    Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

Kylie Fucci
U.S. Probation Officer

James Lightenberg
Stephanie Simon
Assistant United States Attorneys

Angel Ayala