# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 16, 2023

BY ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Angel Ayala*, 21 Cr. 803 (CS)

Dear Judge Seibel,

This letter is respectfully submitted to request that the Court issue an order permitting Mr. Ayala to travel Leesburg, VA from August 25, 2023, through August 28, 2023, in order to attend his son's pre-season soccer event.

Pretrial Services has no objection to this request and the Government defer to the position of Pretrial Services. Mr. Ayala will provide his travel itinerary to Pretrial Services prior to his departure.

Thank you for your consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

April Hansen
U.S. Probation & Pretrial Services

James Lightenberg
Stephanie Simon
Assistant United States Attorneys

Permission to travel granted, provided all details are provided to Pretrial Services. But I remind Mr. Ayala that he ought to be budgeting with his likely restitution obligation in mind.

SO ORDERED.      08/17/23

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.