# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
Founder & Principal

EVAN L. LIPTON
Counsel

EMMA J. COLE
Legal Assistant

February 28, 2024

BY ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Sentencing adjourned to 5/2/24 at 10:15 a.m.*

2/29/24   SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.

Re:    *United States v. Angel Ayala*, **21 Cr. 803 (CS)**

Dear Judge Seibel:

  This letter is respectfully submitted to request that the Court adjourn the sentence in the above-captioned matter currently scheduled for March 13, 2024, to a date in early May 2024.

  The undersigned has been out of the office due to a death in the family for the past two weeks and is scheduled to begin a six-week trial on March 25, 2024, in the matter of *United States v. Ayers, et al.*, 20 Cr. 239 (BMC) for which the Court has ordered an anonymous jury. There is currently extensive pre-trial motion practice as well as voluminous discovery to review. The requested adjournment will permit the undersigned to meet Mr. Ayala and prepare a sentencing submission on his behalf.

  The Government has no objection to the request.

  We thank the Court for its consideration.

                Respectfully submitted,

                <u>/s/ James Kousouros</u>
                James Kousouros, Esq.
                *Counsel for Mr. Ayala*

c.c.

James Lightenberg
Stephanie Simon
Assistant United States Attorneys