UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                        :
UNITED STATES OF AMERICA
                                                        :       CONSENT PRELIMINARY ORDER
        - v. -                              OF FORFEITURE/
                                                        :       <u>MONEY JUDGMENT</u>
ANGEL AYALA
                                                        :       21 Cr. 803 (CS)
               Defendant.
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        WHEREAS, on or about January 6, 2022, ANGEL AYALA (the "Defendant"), was charged in Sealed Information, 21 Cr. 803 (CS) (the "Information"), with conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2 (Count Two);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c) of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

        WHEREAS, on or about December 21, 2021, the Defendant pled guilty to Counts One and Count Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit, to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), a sum of money representing the proceeds traceable to the commission of the offenses charged in the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $18,000.00 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with co-conspirators (i) Shawn Rains ("Rains") and the forfeiture money judgment entered against him in *United States v. Rains*, 22 Cr. 18 (NSR) and (ii) Joseph Maharaj ("Maharaj") and the forfeiture money judgment entered against him in *United States v. Maharaj*, 22 Cr. 18 (NSR) for the same conduct charged in Counts One and Two of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information, that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Stephanie Simon, Jim Ligtenberg, and Benjamin Klein, of counsel, and the Defendant, and his counsel, James Kousouros, Esq., that:

1.  As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $18,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information, that the Defendant personally obtained, for which the Defendant is jointly and severally liable with co-conspirators (i) Rains and the forfeiture money judgment entered against him in *United States v. Rains*, 22 Cr. 18 (NSR) and (ii) Maharaj and the forfeiture money judgment entered against him in *United States v. Maharaj*,

22 Cr. 18 (NSR) for the same conduct charged in Counts One and Two of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ANGEL AYALA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance & Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     9/19/24
Stephanie Simon / Jim Ligtenberg / Benjamin Klein     DATE
Assistant United States Attorneys
26 Federal Plaza, 37th Floor
New York, New York 10278
(212) 637-2581/ 2665 / (914) 993-1908

ANGEL AYALA

By: _____     9-19-24
ANGEL AYALA     DATE

By: _____     9.19.24
James Kousouros, Esq.     DATE
Attorney for Defendant
260 Madison Avenue, 22nd Floor
New York, NY 10016
(212) 532-1934

SO ORDERED:

_____     9/19/24
HONORABLE CATHY SEIBEL     DATE
UNITED STATES DISTRICT JUDGE